IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| **NELSON SANTOS**       * | |
| Petitioner,       * | |
| v.       | **Civil Case No.: GJH-16-2583** |
|       * | **Crim Case No.: GJH-09-598** |
| **UNITED STATES OF AMERICA,** | |
|       * | |
| Respondent. | |
|       * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM OPINION AND ORDER

Pursuant to the Notices of Dismissal filed by Petitioner on April 26, 2017, ECF No. 834, and December 23, 2021, ECF No. 944, it is hereby **ORDERED**, by the United States District Court for the District of Maryland, that:

1. Petitioner's Motion to Vacate, ECF No. 823, is **DENIED**; and

2. The Clerk shall **CLOSE** GJH-16-2583.


Date: <u>January 14, 2022</u>                   <u>    /s/                                       </u>
                                                                                GEORGE J. HAZEL
                                                                                United States District Judge